# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THOMAS HALL MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-01111-MHH-NAD |
| ) | |
| MATTHEW WADE, Sheriff, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

After screening plaintiff Thomas Hal Marshall's amended complaint, (Doc. 8), as 28 U.S.C. § 1915A(b) requires, the Magistrate Judge entered a report in which he recommended that the Court dismiss all claims <u>except</u> Mr. Marshall's claims for deliberate indifference to his medical needs against defendant Dr. Gurley, for conditions of confinement against Jonathan Roebuck, and for access to the courts against defendant Lt. Latoya Chames. (Doc. 9). The Magistrate Judge recommended that the Court refer the remaining claims to him for further proceedings. (Doc. 9). The magistrate judge advised Mr. Marshall of his right to file specific written objections within 14 days; to date, the Court has not received objections.

Having reviewed the amended complaint and the Magistrate Judge's report, the Court adopts the report and accepts the Magistrate Judge's recommendation.

1

Pursuant to 28 U.S.C. § 1915A(b), the Court dismisses without prejudice Mr. Marshall's claims against defendants Sheriff Matthew Wade, the Alabama Department of Corrections, Lt. Shekels, and unnamed staff, workforce, and workers. The Court refers the remaining claims for deliberate indifference to medical needs against defendant Dr. Gurley, for conditions of confinement against defendant Jonathan Roebuck, and for access to the courts against defendant Lt. Latoya Chames to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this November 12, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE